No. 429. UNITED STATES *v.* FULLARD-LEO ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit

698

Court of Appeals for the Ninth Circuit granted. *Solicitor General McGrath* for the United States.